No. 82–1939.   DIXON v. DIXON.   Sup. Ct. Ga.   Certiorari denied.

No. 82–1942.   HOFFMAN v. SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 82–1943.   JOSEPH GANN, INC. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 1st Cir.   Certiorari denied.

No. 82–1945.   OCEANIC CONTRACTORS, INC., ET AL. v. CORMIER.   C. A. 5th Cir.   Certiorari denied.

No. 82–1948.   CANTRELL v. ROSA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROSA, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–1949.   SHAFF v. UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–1950.   CHURCH OF CHRIST OF COLLINSVILLE, OKLAHOMA, ET AL. v. GRAHAM, JUDGE OF THE FOURTEENTH JUDICIAL DISTRICT OF OKLAHOMA, ET AL.   Sup. Ct. Okla.   Certiorari denied.

No. 82–1952.   BALK v. UNITED STATES INFORMATION AGENCY.   C. A. D. C. Cir.   Certiorari denied.

No. 82–1953.   PRIDE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–1954.   ABADI v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–1956.   MORNINGSTAR v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 82–1960.   BRENNAN ET AL. v. CITY OF LOS ANGELES.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 82–1962.   STEELE v. LAMAR.   C. A. 5th Cir.   Certiorari denied.

No. 82–1963.   HERBERT v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.